AO 91 (Rev. 11/11)  Criminal Complaint

| | | | |
|---|---|---|---|
| | AUSA: | Tara Hindelang | Telephone:  (313) 226-9543 |
| | Special Agent: | Matthew Hughes | Telephone:  (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Levi Laurel Lael EWING | Case: 2:26−mj−30131<br>Assigned To : Unassigned<br>Assign. Date : 3/12/2026<br>Description: RE: LEVI EWING<br>(EOB) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 2, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual exploitation of a minor and attempt; |
| 18 U.S.C. § 2252A(a)(2) | Receipt or distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Hughes, Special Agent (F.B.I.)
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  March 12, 2026

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. David R. Grand, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, deposed, and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent of the FBI since October 2019, and I am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2.      I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3.      This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Levi Laurel Lael Ewing** (DOB XX/XX/2004) for violations of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of a minor and

1

attempt), 18 U.S.C. § 2252A(a)(2) (Receipt or Distribution of Child Pornography) and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography). The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a special agent.

4.      Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Ewing has violated the above offense.

## PROBABLE CAUSE

1.      On March 10, 2026, while reviewing Cybertips submitted to the National Center for Missing and Exploited Children (NCMEC), an analyst at the FBI Detroit Field Office identified three tips that were linked to each other through an IP address.

2.      First, on October 16, 2024, Kik, a messaging platform known to law enforcement, submitted a Cybertip to NCMEC stating that user "detroitzekeal" distributed a video that was identified as child pornography by the company. The

user logged into the application on multiple days between October 5, 2024, and October 16, 2024, using a particular IP address. The email associated with the account was XXXXXXXXX.2@icloud.com.

3.     As part of the Cybertip, Kik submitted the video of suspected child pornography. The video submitted by Kik to NCMEC depicted a black female around the age of five years old engaged in oral sex with a black male. Based on my investigation to date, including a review of known photographs of EWING, the black male in the video is consistent with EWING's skin tone and body type and could be him. I reviewed the video and confirmed it meets the federal definition of child pornography.

4.     On February 24, 2025, Kik submitted a Cybertip to NCMEC alleging that user "kekelovesyou55" had distributed a video that Kik identified as child pornography. The email address associated with the Kik account was "XXXXXXX16@gmail.com." The user logged into the account multiple times between February 16, 2025, and February 24, 2025, using the same IP address as with the prior tip.

5.     Like the earlier tip, Kik sent the suspect CSAM to NCMEC. The video was provided by NCMEC in the Cybertip, and I reviewed the video. The video submitted to NCMEC depicted a dog licking the vagina of a prepubescent black female. The video meets the federal definition of child pornography.

3

6.     On February 17, 2026, Snapchat, a social media and messaging company known to law enforcement, submitted a Cybertip to NCMEC alleging that user "XXXXXXXX35" distributed a video that Snapchat identified as child pornography. The video was not viewed by NCMEC and as a result could not be viewed by law enforcement. However, the video was matched to known child pornography by its hash value.

7.     Based on my training and experience, I know that hash values are similar to unique identifiers or fingerprints associated to images and videos. NCMEC maintains a database of hash values that are known to be child pornography, and it can be readily compared to images and videos that are submitted by social media and messaging companies to NCMEC.

8.     A history of the user of the Snapchat profile showed that the user changed their username from "l.ewing2" to "XXXXXXX" in 2022 and changed it again to XXXXXXXX35 in 2025. The phone number used to verify the account was XXX-XXX-4947. The email address used to verify the account was l.ewing2004@icloud.com. The IP address logged by Snapchat at the time the video was shared using the same IP address as above.

9.     Snapchat provided the subscriber of the identified phone number as a close relative of EWING with a registered address in Redford, MI. The service provider was T-Mobile.

4

10.    The service provider for the IP address was identified as AT&T. An exigent request to AT&T for the IP address identified the same relative of EWING as the subscriber with a billing address in Redford, MI.

11.    An exigent request was submitted to T-Mobile for subscriber information but the phone number was canceled and no longer in use. Further searches of law enforcement database systems identified XXX-XXX-5208 as a T-Mobile phone number registered to EWING.

12.    While searching NCMEC databases for the phone number XXX-XXX-5208, an additional Cybertip was found submitted by Instagram on January 15, 2026. The Cybertip identified that the user 7XXXXXX, a 21-year-old with a date of birth and phone number matching EWING, had engaged in a sexually explicit chat with a 15-year-old female, born in 2010 (hereafter referred to as "MV-1.") The following chat occurred on or about November 2, 2025:

    7XXXXXX: link?
    -MV1: wya?
    7XXXXXX: west wya
    -MV1: Home
    -MV1: wya
    7XXXXXX: in la?
    -MV1: Yea
    7XXXXXX: ugh
    7XXXXXX: lemme see that pussy

13.    On March 11, 2026, a federal search warrant was executed at EWING's residence. EWING was encountered at the residence.

5

14. EWING was interviewed at the time of the search. In a post-*Miranda* interview, EWING stated that he has used multiple messaging applications, to include Kik, Snapchat, and Telegram to trade videos he knew to be child pornography with other users. EWING stated he only used these platforms once or twice to do it but used the accounts on Kik and Snapchat that were previously identified.

15. EWING also stated the Instagram account identified in the Cybertip found with his phone number was his, but he did not recall the conversation with MV1.

## CONCLUSION

16. Based on the foregoing, there is probable cause to believe Levi Laurel Lael Ewing has committed violations of 18 U.S.C. § 2251(a) and (e) (attempted sexual exploitation of a minor), 18 U.S.C. § 2252A(a)(2) (Receipt or Distribution of Child Pornography) and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).

Respectfully submitted,

Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: March 12, 2026